UNITED STATES DISTRICT COURT
Northern
~~Eastern~~ DISTRICT OF CALIFORNIA



FILED
AUG 27 2008
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Jason Yonai
(Name of Plaintiff)

CV 08 - 4104
(Case Number)

PJH

-vs-

Correctional officer Powell,
Salinas Valley State
Prison officials and
etc.

(Name of Defendants)

E-filing                    (PR)

I. Previous Lawsuits:

A. Have you begun other lawsuits in state or federal court, dealing with the same facts involved in this action or otherwise relating to your imprisonment:   YES [ ]   NO [✓]

B. If your answer to 'A' is yes, describe the lawsuit in the space below. (if there is more than one lawsuit, describe the additional lawsuits on another piece of paper using the same outline.)

1. Parties to this previous lawsuit:

Plaintiffs _____

_____

Defendants _____

_____

**FORM TO BE USED BY A PRISONER FILING A COMPLAINT UNDER THE CIVIL RIGHTS ACT,**
**Title 42 U.S.C 1983**

2. Court (If Federal Court, give name of District; if State Court, give name of County) _____

3. Docket Number _____

4. Name of Judge to whom case was assigned _____

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) _____

6. Approximate date of filing lawsuit _____

7. Approximate date of disposition _____

II. Place of present confinement _CSP-SAC Prison Road Represa, CA. 95671_
    _P.O. BOX 71_

A. Is there a prisoner grievance procedure in this institution?
   YES [✓]         NO [ ]

B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?
   YES [✓]         NO [ ]

C. If your answer was YES,

   1. What steps did you take? _I filed a 602 but the S.V.S.P C.O's kept throwing them away_

   2. What was the result? _I couldn't exhaust administrative remedies in time because the C.O's threw my 602's away._

III. Parties

(In item A below, place your name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any)

A. Name of Plaintiff _Jason Yonai  # T-41526_

   Address _CSP-SAC P.O. BOX 71 Prison Road Represa, CA. 95671_

(In item B below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use item C for the names, positions and places of employment of any additional defendants).

B. Defendant _C.O Powell_ is employed as _Correctional Officer_ at _Salinas Valley State Prison_

C. Additional defendants _S.V.S.P prison officials, etc._

2

IV. Statement of Claim

State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates and places. Do not give any legal arguments or cite cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as needed. Attach extra sheets if necessary.

The defendant C.O Powell threw away my inmate manuscript rap songs and legal documents and pending cases in retaliation because I was suing him, etc. this took place on around 8-27-2006

V. Relief

(State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes)

To be decided at a later time, etc.

Signed this ___August___ day of ___21st___, 2008.

___Jason Yonai___
(Signature of Plaintiff)

I declare under penalty of perjury that the foregoing is true and correct.

___8-21-2008___                    ___Jason Yonai___
(Date)                              (Signature of Plaintiff)

3



Jason Yonai #T41526
CSP-SAC
Prison Road
P.O. Box 290066
Represa, CA.
95671
A-3 132 P.S.U
"Confidential Mail"

Office of the Clerk,
U.S. District Court
Northern District of California
450 Golden Gate Ave.
San Francisco, CA.
94102

